O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04713-AHM (AGRx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. $284,695 IN U.S. CURRENCY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michele C. Marchand | No Appearance | |

**Proceedings:**  MOTION for Default Judgment against Movants Michael G. Henry, Raquel Imelda Arellano, and All Other Potential Claimants filed by plaintiff United States of America [10] (non-evidentiary)

    Cause called; appearances made. No appearance by defendant and/or potential claimants.

    For reasons stated on the record, the Court grants plaintiff's motion for default judgment. Judgment to issue.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | | SMO |